**From:** Maryn Richmond
**Sent:** Tuesday, April 19, 2022 12:00 PM
**To:** Nancy Lealaisalanoa
**Subject:** 2:22-cv-00223-DBB Ruiz vs Ruiz

Good morning.  The Appellant Designation of Record was filed on 4/1/22 at Dkt. 47 and the Appellee(s) Designations of Record were filed on 4/12/22 at Dkt. 49 and Dkt. 50.  The transcripts were filed today at Dkt. 52 and Dkt. 53.  Please let me know if you need anything else.  Thanks!

**Maryn Richmond**
**Courtroom Deputy to the Honorable Chief Judge Joel T. Marker**
**U.S. Bankruptcy Court**
**District of Utah**
**(801) 524-6583**